IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Freedom Banc Mortgage Services, | : | |
| Plaintiff | : | Civil Action 2:11-cv-1073 |
| v. | : | Judge Frost |
| Norma Lynn O'Harra, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

The March 16, 2012 Preliminary Pretrial Order is amended as follows: Any expert who may give evidence supporting a party's claims or defenses must make his or her Rule 26(a)(2) disclosures no later than **December 7, 2012.** Any responsive experts' Rule 26(a)(2) disclosures must be made no later than **January 28, 2013.**

s/ Mark R. Abel
United States Magistrate Judge