IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Freedom Banc Mortgage Services, | : | |
| Plaintiff | : | Civil Action 2:11-cv-1073 |
| v. | : | Judge Frost |
| Norma Lynn O'Harra, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Defendant Normal Lynn O'Harra's February 6, 2013 motion for an extension of time in which to serve her responses to plaintiff's pending discovery requests (doc. 55) is GRANTED. The discovery response deadline is extended until seven (7) days following the appearance of plaintiff's new counsel.

s/Mark R. Abel
United States Magistrate Judge