IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Freedom Banc Mortgage Services, | : | |
| Plaintiff | : | Civil Action 2:11-cv-1073 |
| v. | : | Judge Frost |
| Norma Lynn O'Harra, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

The Clerk of Court is DIRECTED to assign a new Magistrate Judge to this case.

s/Mark R. Abel<br>
United States Magistrate Judge